but whether or not the claim at the time was federally funded, a question of national importance is presented. Accordingly, I would grant the petition for certiorari.

No. 6527. FREEMAN *v.* JOINER ET AL. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 6828. MOONEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 6223. IN RE DISBARMENT OF CHIPLEY, 401 U. S. 1010;
No. 6284. DONOVAN *v.* UNITED STATES ET AL., 401 U. S. 944;
No. 6319. NEY *v.* FIELD, MEN'S COLONY SUPERINTENDENT, *ante,* p. 904;
No. 6464. EISENHARDT *v.* UNITED STATES, *ante,* p. 928; and
No. 6510. COOKMEYER *v.* LOUISIANA DEPARTMENT OF HIGHWAYS, 401 U. S. 980. Petitions for rehearing denied.